IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-23-D
No. 7:20-CV-148-D

| | |
|---|---|
| JUSTIN ALSTON WOODS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On August 14, 2021, Justin Alston Woods filed a motion to vacate under 28 U.S.C. § 2255 [D.E. 37]. On August 4, 2021 the government filed a motion to dismiss Wood's motion and filed a memorandum in support [D.E. 41, 42]. On August 17, 2021, Woods moved to extend time to respond to the government's motion to dismiss [D.E. 44]. The motion to extend time is GRANTED. Woods has until September 24, 2021, to file a response to the government's motion to dismiss.

SO ORDERED. This 23 day of August 2021.

JAMES C. DEVER III
United States District Judge